JOHN THORNTON v. STATE.

194 So. 874
En Banc
Opinion Filed March 26, 1940

*John D. Trammell,* for Plaintiff in Error;

*George Couper Gibbs,* Attorney General, and *Thomas J. Ellis,* Assistant Attorney General, for Defendant in Error.

PER CURIAM.—An information was filed in the Circuit Court of Jackson County on the 8th day of May, 1939, charging one John Thornton with the larceny of a hog. Trial was had on a plea of not guilty. The jury returned a verdict of guilty and the court pronounced judgment thereon, sentencing the defendant to two years imprisonment. Defendant took writ of error to this Court. He challenges the sufficiency of the evidence to support proof of the *larceny* and the *venue.*

Proof of venue was sufficient under authorities cited in Lowman, *et al.,* v. State, 80 Fla. 18, 85 So. 166. There is

ample evidence to support the verdict. No error being made to appear, the judgment is affirmed.

Affirmed.

TERRELL, C. J., WHITFIELD, P. J., BUFORD and CHAPMAN, J. J., concur.

BROWN, J., dissents.

Justice THOMAS not participating as authorized by Section 4687, Compiled General Laws of 1927, and Rule 21-A of the Rules of this Court.